266 So.2d 442

**Frances Anita SIKES, wife of Sam Christopher WATERS**

v.

**Sam Christopher WATERS.**

No. 52736.

Sept. 27, 1972.

Application denied; the judgment of the court of appeal, dismissing the appeal, is correct.

266 So.2d 442

**Mr. and Mrs. Ronald BURAS**

v.

**AETNA CASUALTY & SURETY CO. et al.**

No. 52732.

Sept. 27, 1972.

Writ refused. Assignment of error refers to the trial court's reasons for judgment. There is no error of law in the court of appeal judgment.